# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Nutramax Laboratories, Inc.; Nutramax Laboratories Consumer Care, Inc., <br> *Plaintiffs* <br> v. <br> Vitamin Boat Corp., d/b/a ManRelated.com; Paul Buchanan <br> *Defendants* | ) ) ) ) ) ) ) Civil Action No.   0:17-cv-02081-DCC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ The plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Consumer Care, Inc., recover from the defendant Vitamin Boat Corp. d/b/a ManRelated.com and Paul Buchanan, the amount of One dollar and 00/100 ($1.00), attorney's fees in the amount of Twelve Thousand, Eight Hundred and Seven dollars and 78/100 ($12, 807.78), and Eight Hundred, Fifty-Two dollars and 65/100 ($852.65) in costs.

■ other: Permanent injunction is granted. Defendants and their agents, divisions, subsidiaries, officers, employees, attorneys, and all those persons in active concert or participation with them are enjoined and restrained from making false and misleading statements of fact (a) in regard to COSAMIN®DS and (b) in the advertising of Movexa products and any other products marketed distributed or sold by Defendants. This Court further orders removal of all of Defendants' false advertisements and statements from ManRelated.com, Google.com, and any other website on which they remain.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date:  August 31, 2018                                                *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/Ashley Buckingham, Deputy Clerk
                                                                                    *Signature of Clerk or Deputy Clerk*